[No. 2062–3. Division Three. July 27, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRI LANDWORTH, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 23835, Del Cary Smith, Jr., and Harold D. Clarke, JJ., entered April 2 and 9, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.


[No. 2276–2. Division Two. July 28, 1977.]

WALTER D. SAVAGE, *Appellant*, v. WESLEY L. BARCLIFT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 49088, Frank E. Baker, J., entered January 30, 1976. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Johnson, J. Pro Tem.


[No. 2519–2. Division Two. July 28, 1977.]

DEAN W. MULLIN, ET AL, *Respondents*, v. CARL L. WHITE, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 244609, Waldo F. Stone, J., entered October 1, 1976. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Henry, J. Pro Tem.